# UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ADRIAN G.A.,<br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY<br>DETENTION CENTER, et al.,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:26-cv-01056-TLN-JDP

**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE LATE REPLY**

Petitioner's Motion for Leave to File Late Reply came before the Court for consideration. Having reviewed the motion, the declaration of Erin J. Radekin, the record in this action, and good cause appearing, the Court finds that leave should be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Leave to File Late Reply is GRANTED.

2. The Reply to Respondents' Response to the Order to Show Cause, lodged/filed concurrently with Petitioner's motion, shall be deemed timely filed.

IT IS SO ORDERED.

Dated: March 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE